IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 03–cr–00275–N

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    STACY EUGENE WHITAKER,

    Defendant.

---

**ORDER**

---

Upon review of the recent filings in this case, it is

**ORDERED** as follows:

1. The United States Probation Department shall, within 21 days, submit to the court and furnish the parties with an addendum to the pre-sentence report. It will also submit to the court a recommendation.

2. Each party may object to the addendum within 15 days after service of the addendum.

Dated this 16th day of April, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge