UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00275-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. STACY EUGENE WHITAKER,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Stacy Eugene Whitaker filed Motion to Reduce Sentence Pursuant to the Fair Sentencing Act [ECF No. 781].  Accordingly, it is ORDERED that the Government shall file a response to this motion not later than **Friday, September 2, 2011.**

    Dated:  August 10, 2011